IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV433-1-MU

| | |
|---|---|
| JAMES HENRY CHANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| RANDALL, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before this Court upon Defendant Gaston County's Motion to Dismiss filed on June 26, 2007. It appears that Defendant Gaston County may be entitled to dismissal as a matter of law.

You now have the opportunity to reply to the Defendant's Motion to Dismiss. You may not allege new facts surrounding the events in question as part of this reply. You should base your argument solely on the allegations contained in the original Complaint.

**PLAINTIFF CHANCE READ THIS:**
Plaintiff is further hereby advised that he has thirty (30) days from the filing of this Order in which to file documents, affidavits, or unsworn declarations in opposition to the Motion to Dismiss. **FAILURE TO RESPOND WITHIN THIS TIME PERIOD MAY SUBJECT THIS ACTION TO DISMISSAL.**

**THEREFORE, IT IS HEREBY ORDERED** that the Plaintiff has thirty (30) days from the filing of this Order in which to provide his own documents, affidavits, or declarations countering the evidence offered by Defendant's Motion to Dismiss.

Signed: June 27, 2007

Graham C. Mullen
United States District Judge